JOHN H. MORRISON v. DIBRELL AND BROTHER.

Where, through inadvertence or mistake, judgment is rendered in favor of a
plaintiff, for a less sum than the record shows him to be entitled to, and the
defendant sues out a writ of error; this court will, for the purpose of correct-
ing the mistake, either reform the judgment without damages, or affirm it
with damages for delay; but declines to establish any invariable rule in such
cases.

ERROR from Guadalupe. Tried below before the Hon. A.
W. Terrell.

This action was brought in the court below, by the defendants
in error, upon a promissory note, and judgment was rendered,
by a mistake in the computation of interest, for twenty-one dol-
lars and eighty-seven cents less than the record showed the
plaintiffs below were entitled to. Morrison, the defendant below,
sued out his writ of error, to remove the cause to this court.

*J. J. Thornton*, for defendants in error.

BELL, J. The defendants in error, recovered judgment in
the court below, against the plaintiff in error. The judgment
was by default, and was rendered for twenty-one dollars and
eighty-seven cents less than was due upon the note sued on.
The appellees move this court to reform the judgment, and to
render the judgment which the court below ought to have ren-
dered, and also to award damages for the delay.

It is the duty of parties to see that the judgments in the
District Court are rendered properly. If, through inadvert-
ence, a judgment is rendered for an improper amount, the court
below can correct the judgment, upon motion, in term time.

We are not willing to encourage negligence, by having it un-
derstood that we will correct errors in this court, and award
damages, notwithstanding there may be errors to correct. As
it is impossible to establish a general rule, for all cases like the
present, that would be satisfactory to ourselves, and equitable
in its operation, we will reserve to ourselves the discretion,

either to affirm with damages, without reforming, or to reform without awarding damages. But we will not correct errors that ordinary diligence would have prevented, and also award damages. In this case we will affirm the judgment of the court below, with damages.

Affirmed with damages.